# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ROGER HALL, )
)
        Plaintiff, )
vs. ) 1:05-cv-1428-JDT-TAB
)
VOLUNTEERS OF AMERICA, et al., )
)
        Defendants. )

## E N T R Y

    The plaintiff's request to proceed *in forma pauperis* is **granted.** The assessment of even an initial partial filing fee is not feasible at this time.

    The complaint is now subject to the screening required by 28 U.S.C. § 1915A(b). The plaintiff will be notified when this step has been taken, in conjunction with whatever order or ruling is made.

    **IT IS SO ORDERED.**

Date: 09/27/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

Roger Hall
611 N. Capitol Avenue
Indianapolis, IN 46204