UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROGER HALL, )<br>)<br>　　　　　Plaintiff, )<br>　vs. )<br>)<br>VOLUNTEERS OF AMERICA, et al., )<br>)<br>　　　　　Defendants. ) | 1:05-cv-1428-JDT-TAB |

# E N T R Y

　　The plaintiff's request to proceed *in forma pauperis* is **granted.** The assessment of even an initial partial filing fee is not feasible at this time.

　　The complaint is now subject to the screening required by 28 U.S.C. § 1915A(b). The plaintiff will be notified when this step has been taken, in conjunction with whatever order or ruling is made.

　　**IT IS SO ORDERED.**


Date: 09/27/2005

John Daniel Tinder, Judge
United States District Court


Copies to:

Roger Hall
611 N. Capitol Avenue
Indianapolis, IN 46204